UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE WYATT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-11047-LTS |
| G. ABBOTT, et al. | ) |
| Defendants. | ) |

ORDER

May 31, 2019

SOROKIN, D.J.

For the reasons stated below, the Court orders that this action be dismissed.

On May 3, 2019, George Wyatt, who is incarcerated in a Texas prison, filed a document captioned as a "Motion to enforcement Rule 56-57 ch 123-127. Execution." He names as defendants the "State of Texas Govern," G. Abbott, and D. Trump. The document is largely incomprehensible, but the Court is able to discern that Wyatt is asking the Court to put a lien on various actions in unidentified courts or award him a lump sum of in the amount of $1.132 quintillion.

Wyatt has not paid the $400 filing fee. Because of his litigation history, he is ineligible to proceed without prepayment of the fee unless he is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g); Wyatt v. State of Texas, C.A. No. 18-cv-00041, ECF #18 (S.D. Tex. Mar. 21, 2018) (colleting cases in which an action by Wyatt was dismissed as frivolous, malicious, or for failure to state a claim). Nothing in Wyatt's filing suggests that he is in danger of serious physical injury.

Under 28 U.S.C. § 1915A, prisoner complaints in civil actions that seek redress from a governmental entity or officers or employees of a governmental entity are subject to a preliminary screening. This statute authorizes a federal court to dismiss a complaint sua sponte if the claims therein are frivolous, malicious, fail to state a claim on which relief may be granted, or seek monetary relief against a defendant who is immune from such relief. See 28 U.S.C. § 1915A(b).

Here, Wyatt's claim is patently frivolous. Accordingly, the Court orders that this action be DISMISSED.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE